**Maple Street Investors, LLC**
12214 Lakewood Boulevard
90242 Downey, CA

March 7, 2012

Patrick F. Hogan
President
CMB Summit, LLC
7819 42nd Street West
Rock Island, IL 61201

RE: CMB Infrastructure Group X

Dear Mr. Hogan:

As founder, President and Managing Partner of Industrial Realty Group ("IRG"), I appreciate the continuing efforts and commitment that your California Regional Center, CMB Export, LLC ("CMB Export"), has demonstrated in the ongoing redevelopment of McClellan Business Park, LLC ("MBP"), in which entities I control are co-owners. Discussions with MBP (dating back to 2006) have resulted in CMB EB-5 financings to MBP totaling $138 million of loan proceeds from CMB Investment Groups I, II, IV, VI-A, VI-B and VI-C. Those loan proceeds have provided significant assistance to the financing plan for various phases of the McClellan AFB reuse and redevelopment efforts. The McClellan project has become the leading job-generating engine for Sacramento County and the investments made by CMB Export have been critical to that success.

Those early efforts are what lead to the seeking of your assistance in 2008 for a variety of Stuart Lichter controlled projects in Ohio which would ultimately include projects in Akron, North Canton, Moraine and other parts of the state. There is no doubt that the "Goodyear Headquarters Project" was the most notable of the projects at that time and support for your company to establish the CMB Ohio Regional Center, CMB Summit, LLC ("CMB Summit"), came not only from IRG but also from the City of Akron, Summit County and the Summit County Port Authority. All of these public agencies were instrumental in the development effort of the Goodyear projects and the retention of Goodyear in Ohio. As you recall, our past discussions have covered a number of projects throughout Ohio. CMB's continued commitment to Ohio and visits to the Ohio Stuart Lichter controlled properties have highlighted many job generation opportunities that we believe will parallel the job generation opportunities in California. CMB has met IRG's geographical Ohio needs by expanding your scope of operations to include the entire state of Ohio, allowing the use of EB-5 loan proceeds to assist in the transformation of the former Hoover Company Headquarters in North Canton, Ohio.

I am proud of the role the number of Stuart Lichter controlled projects in Ohio have been able to play in you development of CMB Summit, when our initial focus was based primarily upon the Goodyear projects. As you know, the downturn in the economy delayed the commencement of construction on the Goodyear projects and for a period of time our respective attentions were turned elsewhere. I am also proud to report that not only are the Goodyear projects moving forward but a different Stuart Lichter controlled



Patrick F. Hogan
RE: CMB Infrastructure Group X
March 7, 2012
Page 2 of 2

entity affiliated entity's efforts in North Canton, Ohio, are prepared to move forward as well.

Based upon CMB Export's success as an EB-5 lender in California, subject to loan documents to be approved and entered into by the parties, a Stuart Lichter controlled entity, Maple Street Investors, LLC ("MSI"), is authorizing CMB Summit to raise $36 million in loan financing ("CMB Maple Street Loan") from an investment group partnership of which CMB Summit or a subsidiary will be the general partner. MSI is the single and only member of Maple Street Commerce, LLC ("MSC"), which is the owner of the former Hoover properties. MSI, in such capacity as the sole member of MSC, is expected to be the "borrower" under the loan transaction. These properties would include the former Hoover Headquarters building, Manufacturing Plant, and the remaining vacant land that comprises the 88 acre redevelopment project. The CMB Maple Street Loan, which shall provide funds to MSC, will be combined with public and private funds totaling over $34 million. Renovation of a portion of the former Hoover facilities has already begun by MSC and total build out is projected to be completed in 2015. The specific start dates on some portions will be based on future tenant needs; however, current projections are identified as follows:

| Project: | Start Date: | Completion Date: |
|---|---|---|
| Parking and Infrastructure Improvements | Third quarter of 2012 | Fourth quarter of 2014 |
| Office 1 | Third quarter of 2012 | Fourth quarter of 2013 |
| Office 2 | First quarter of 2013 | Fourth quarter of 2014 |
| Office 3 | First quarter of 2014 | Fourth quarter of 2015 |
| Retail Improvements | First quarter of 2013 | Fourth quarter of 2013 |
| Residential Improvements | First quarter of 2013 | First quarter of 2014 |
| Industrial Development and Improvements | Third quarter of 2012 | Fourth quarter of 2013 |
| Roadway and Infrastructure | Second quarter of 2012 | Fourth quarter of 2015 |

The total capital expenditures on the various Maple Street projects involving the former Hoover Company facilities are expected to exceed $70 million. The funding for these projects comes from:

- $5,000,000 from Ohio Department of Development
- $36,000,000 CMB Maple Street Loan
- $29,800,000 from Maple Street Commerce, LLC by a combination of debt and equity investment.

The CMB Maple Street Loan will be used by MSC to fund a portion of the needed equity commitment to the former Hoover Company projects and shall provide significant assistance to the further development of the former Hoover Company properties listed in the table above. The timelines, as outlined above, demonstrate anticipated construction and the related construction spending will be completed no later than 2015.

Patrick F. Hogan
RE: CMB Infrastructure Group X
March 7, 2012
Page 3 of 3

The repayment of the CMB Maple Street Loan is expected to be generated from the operations of MSC, including sales, leasing and refinancing. Credit support for the CMB Maple Street Loan is anticipated to be provided by the members of MSI pledging an agreed upon portion of their respective membership interest in MSI as collateral. The MSI loan agreement is anticipated to (i) contain restrictions on certain cash distributions to the members of MSI, (ii) require certain financial reporting by MSI and MSC, and (iii) require submission of annual budget and business plan updates by MSI and MSC.

In addition to the foregoing, the summary terms of the CMB Maple Street Loan are as follows and will be fully detailed in the actual loan agreements, and related loan documents, when finalized and approved:

- $36 million in loan proceeds at 6% per annum. The loan term is for 72 months from the date of the initial funding with interest only quarterly payments during the term of the investment.
- There will be a $50,000 documentation fee to be paid when loan agreements are executed and a .75% facility fee that is to be paid when full funding has occurred.

MSI, as the single and only member of MSC, looks forward to working with CMB Summit not only on the former Hoover Company projects in North Canton, Ohio, but also on the projects at the Goodyear Rubber and Tire Company Headquarters in Akron, Ohio, through a Stuart Lichter controlled entity, IRG RC Market Buildings, LLC. We appreciate CMB Summit's ongoing commitment to MSC's project in Ohio.

Sincerely,

Stuart Lichter, Manager