**IRG RC Market Buildings, LLC**
12214 Lakewood Boulevard
90242 Downey, CA

March 7, 2012

Patrick F. Hogan
President
CMB Summit, LLC
7819 42nd Street West
Rock Island, IL 61201

RE: CMB Infrastructure Group X

Dear Mr. Hogan:

I appreciate the continuing efforts and commitment demonstrated by your California Regional Center, CMB Export, LLC ("CMB Export"), in the ongoing redevelopment of McClellan Business Park, LLC ("MBP"), in which entities control by Stuart Lichter are co-owners. Discussions with MBP (dating back to 2006) have resulted in CMB EB-5 financings for the McClellan project totaling $138 million of loan proceeds from CMB Investment Groups I, II, IV, VI-A, VI-B and VI-C. Those loan proceeds have provided significant assistance to the financing plan for various phases of the McClellan AFB reuse and redevelopment efforts. The McClellan project has become the leading job-generating engine for Sacramento County and the investments made by CMB Export have been critical to that success.

Those early efforts are what lead to the seeking of your assistance in 2008 for a variety of Stuart Lichter controlled projects in Ohio, which would ultimately include projects in Akron, North Canton, Moraine and other regions of the state. There is no doubt that the "Goodyear Headquarters Project" was the most notable of the projects at that time and support for your company to establish the CMB Ohio Regional Center came not only from Industrial Realty Group (which is Stuart Lichter's operating company) but also from the City of Akron, Summit County and the Summit County Port Authority. All of these public agencies were instrumental in the development effort of the Goodyear projects and the retention of Goodyear in Ohio. As you recall, our past discussions have covered a number of projects throughout Ohio and your company has meet this geographical need by expanding the scope of operations of CMB Summit, LLC ("CMB Summit") to include the entire state of Ohio.

I am proud of the role the number of Stuart Lichter controlled projects in Ohio have been able to play in your development of CMB Summit even as our initial focus was based primarily upon the Goodyear projects. As you know, the downturn in the economy delayed the start of construction of the new Goodyear Headquarters and parking structure projects and for a period of time our respective attentions were turned elsewhere. I am also proud to report that not only are the existing and new Goodyear projects moving forward but a different Stuart Lichter controlled entity's efforts in North Canton, Ohio, is prepared to move forward at this time as well.



PLAINTIFF'S EXHIBIT E

Patrick F. Hogan
RE: CMB Infrastructure Group X
March 7, 2012
Page 2 of 2

Based upon CMB Export's successes as an EB-5 lender in California, subject to loan documents to be approved and entered into by the parties, the Stu Lichter controlled entity, IRG RC Market Buildings, LLC ("IRGRC Market Buildings"), is authorizing CMB Summit to raise $35 million in loan financing ("CMB Goodyear Project Loan") from an investment group partnership of which CMB Summit or a subsidiary will be the general partner. Such loan is intended to assist in funding improvements to properties controlled by IRG Rubber City, LLC ("IRG Rubber City") which include the existing Goodyear Headquarters Buildings, Goodyear Hall, Market Street Garage, Tech Centers A and B, the Mix Center, the Research Center, Archwood North and South, the Tire Testing Facility as well as the raw land formerly owned by Goodyear. IRGRC Market Buildings is wholly owned and controlled by IRG Rubber City and IRGRC Market Buildings, in such capacity, is expected to be the "borrower" under the loan transaction. Several other wholly-owned subsidiaries of IRG Rubber City (collectively, "IRGRC Affiliates") hold differing ownership interest in the Goodyear properties as a component of the development agreement between IRGRC and the Goodyear Tire and Rubber Company. The portion of the properties owned by IRGRC Market Buildings include the existing Goodyear Headquarters building, Goodyear Hall, and the Market Street Garage. The CMB Goodyear Project Loan, which shall provide funds to IRG Rubber City, will be combined with public and private funds totaling over $217 million of additional funds. Additional renovation of the existing Goodyear facilities is projected to begin by IRG Rubber City and the IRGRC Affiliates in 2012 with a forecasted completion date in 2015.

As part of the original master acquisition and related funding of the Goodyear properties, Industrial Realty Group arranged for an Angelo, Gordon & Company affiliate to receive title to the parcel upon which the New Goodyear World Headquarters building and parking structure are to be constructed subject to Industrial Realty Group's obligation to design and construct the new Goodyear facilities. CMB investor funds will be playing a significant role not only in the revitalization of the existing Goodyear facilities but also in the development of the new Goodyear facilities. The total capital expenditures on the various Goodyear related projects are expected to exceed $252 million. The funding for the related projects comes from the following sources:

- $30,000,000 from the City of Akron
- $10,200,000 from Summit County
- $16,800,000 from the State of Ohio
- $2,500,000 from the Goodyear Tire and Rubber Company
- $157,500,000 from Angelo, Gordon & Co., L.P. by a combination equity and debt
- $35,000,000 CMB Goodyear Project Loan

The CMB Goodyear Project Loan will be used by IRG Rubber City to fund a portion of the needed equity commitment to the existing Goodyear Headquarters Buildings projects and shall provide significant assistance to the further development of the IRGRC properties listed above. The timelines, as outlined above, demonstrate anticipated construction and the related construction spending to be completed no later than 2015.

The repayment for the CMB Goodyear Project Loan is expected to be generated from a combination of cash flows generated from IRGRC Market Buildings' share of operations of IRG Rubber City, including sales, leasing and refinancing. Credit support for the CMB

Patrick F. Hogan
RE: CMB Infrastructure Group X
March 7, 2012
Page 3 of 3

Goodyear Project Loan is anticipated to be provided by the sole member of IRGRC Market Buildings (which is IRG Rubber City) pledging an agreed to portion of its membership interest in IRGRC Market Buildings as collateral. The IRGRC Market Buildings loan agreement is anticipated to (i) contain restrictions on certain cash distributions to the members of IRGRC Market Buildings, (ii) require certain financial reporting by IRGRC Market Buildings, IRG Rubber City and IRGRC Affiliates, and (iii) require submission of annual budget and business plan updates by IRGRC Market Buildings, IRG Rubber City and IRGRC Affiliates.

In addition to the foregoing, the summary terms of the CMB Goodyear Project Loan are as follows and will be fully detailed in the actual loan agreement, and related loan documents, when finalized and approved:

- $35 million in loan proceeds at 6% per annum. The loan term is for 72 months from the date of the initial funding with interest only quarterly payments during the term of the investment.
- There will be a $50,000 documentation fee to be paid when loan agreements are executed and a .75% facility fee that is to be paid when full funding has occurred.

IRGRC Market Buildings, as a wholly owned entity of IRG Rubber City, looks forward to working with CMB Summit not only on the Goodyear projects in Akron, Ohio, but also on the projects at the former Hoover Company Headquarters in North Canton, Ohio, through a Stu Lichter controlled entity, Maple Street Investors, LLC. We appreciate CMB Summit's ongoing commitment to IRGRC Market Buildings' project in Ohio.

Sincerely,

Stuart Lichter, Manager