CMB INFRASTRUCTURE INVESTMENT GROUP X, L.P.
7819 42nd Street West
Rock Island, IL 61201

September 30, 2016

Via Federal Express and Facsimile

Maple Street Investors, LLC
c/o Industrial Realty Group
12214 Lakewood Boulevard
Downey, CA 90242
Attn: Stuart Lichter
Facsimile: 562-803-4796

Re: Loan Agreement dated May 7, 2012 by and between Maple Street Investors, LLC, an Ohio Limited Liability Company, as Borrower (hereinafter "Borrower") and CMB Infrastructure Investment Group X, L.P., an Illinois Limited Partnership, as Lender, (hereinafter "Lender") as amended by that certain First Amendment to Loan Agreement dated as of October 16, 2013 between said Borrower and Lender (collectively, the "Loan Agreement") and Maple Street Investors LLC Promissory Note dated October 16, 2013 payable to CMB Infrastructure Investment Group X, L.P., in the original principal amount of $36,000,000 (the "Note").

Dear Mr. Lichter:

As you know, by correspondence dated March 7, 2016 from the Law Firm of Lewis Brisbois Bisgaard & Smith, acting as legal counsel to Lender, notice was provided to Borrower of numerous items of default under the referenced Loan Agreement which, if not timely cured, would constitute Events of Default under the Loan Agreement. Lender hereby exercises its rights without limitation under Section 9.2 of the Loan Agreement to accelerate the Note and repayment of the Loan. Demand is hereby made upon Borrower for payment of the $36,000,000 principal amount of the Loan and Note, together with accrued interest thereon, and together with such other collection costs as are accrued and owing, at this point estimated to be not less than $100,000.

In the event Borrower fails to remit full and complete payment of the aforesaid $36,000,000 principal balance together with all accrued but unpaid interest thereon on or before October 11, 2016, Lender intends to file suit against Borrower to enforce Lender's rights under the Loan Agreement, Note and other Loan Documents.

Very truly yours,

CMB INFRASTRUCTURE INVESTMENT GROUP X, L.P., an Illinois limited partnership

By: CMB Summit, LLC, an Ohio limited liability company, Managing Co-General Partner

By: _____
Patrick F. Hogan, Manager

cc: Via Federal Express and Facsimile
Fainsbert Mase Brown and Sussman LLP
11835 West Olympic Boulevard, Suite 1100
Los Angeles, CA 90064
Attn: Dean Sussman, Esq.
Jerry Brown, Esq.
Facsimile: 310-473-8702

Via Federal Express and Facsimile
Fainsbert Mase Brown & Sussman, LLP
11100 Santa Monica Boulevard, Suite 870
Los Angeles, CA 90025
Attn: Jerry A. Brown, Jr.
Facsimile: 310-473-8702

4815-0482-3864.2

PLAINTIFF'S EXHIBIT H