# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CMB Infrastructure Investment Group X, L.P., an Illinois Limited Partnership, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) |
| Maple Street Investors LLC, Stuart Lichter, Mary Claire Lichter, Christopher Semarjian, Maple Street Commerce LLC, IRG Realty Advisors, LLC, Ohio Realty Advisors, LLC, Industrial Realty Group, LLC, Industrial Commerce, Ltd., IRG Master Holdings, LLC, S.L. Properties, Inc., IRG RC Market Buildings LLC, Kaplan Family Trust, Eric Kaplan, as Trustee of the Kaplan Family Trust, Tracy Kaplan, as Trustee of the Kaplan Family Trust, Haas Family Trust, Bruce Haas, Individually, and as Trustee of the Haas Family Trust, Cynthia A. Woelfel, as Trustee of the Haas Family Trust, and Fainsbert Mase Brown & Sussman, LLP, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

CASE NO.: 2016-CV-02717-SL

JUDGE SARA LIOI

MAGISTRATE JUDGE LIMBERT

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

THIS MATTER comes before the Court upon the Parties' Stipulation for Dismissal Without Prejudice filed on June 22, 2018 [ECF Doc. # 92], and the Court being otherwise advised in the premises, it is

ORDERED AND ADJUDGED that

1. This action is hereby DISMISSED WITHOUT PREJUDICE.

2. The Court retains jurisdiction to enforce the terms of the settlement agreement reached in this case.

4845-0055-2299.1

3. The Parties shall each bear their own attorney's fees and costs.

4. The Clerk of Court is directed to close this case.

**IT IS SO ORDERED**.

Dated: June 26, 2018

**HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE**